## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **ANTHONY DEWAYNE HORN,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.7:13-CV-010-O** |
| | § | |
| | § | |
| **RICHARD HARTWELL, et al.** | § | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION, and  ORDER OF DISMISSAL

This civil action was initiated by the filing of a civil complaint for relief under 42 U.S.C. § 1983 by then Texas Department of Criminal Justice ("TDCJ") inmate Anthony Dewayne Horn. On June 17, 2014, the magistrate judge entered a findings, conclusions, and recommendation that Plaintiff's claims, only for injunctive and prospective relief, be dismissed as moot because Horn has been released from TDCJ.  The magistrate judge provided Plaintiff Horn 14 days after being served with a copy to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, all Plaintiff's claims must de dismissed as moot.

It is therefore **ORDERED** that the findings, conclusions and recommendation of the magistrate judge are **ADOPTED.**

It is further **ORDERED** that all claims in this case are **DISMISSED** as moot.

**SO ORDERED** this **15th day** of **July, 2014.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**